

SO ORDERED,
SIGNED _____, 20___.

_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

IN THE MATTER OF:                          CASE NO. 07-10696

MENA D. JELKS
  DEBTOR
                                           CHAPTER 13

U.S. BANK, N.A.
  MOVER

### *ADEQUATE PROTECTION ORDER*

This matter was set for hearing on October 6, 2009 on a Motion to Lift Stay filed on behalf of U.S. BANK, N.A. ("MOVER"), a secured creditor herein.

Considering the agreement of MOVER and DEBTOR, through their attorneys of record, as indicated by their respective signatures; The DEBTOR agrees that the total post-petition reinstatement amount is $3,897.31.

I:\WP61.DOC\BKRUPTCY\FORMS\ADEPRORD.MENDOZA.WESTERN.DOC

IT IS ORDERED that:

1. DEBTOR must within fifteen (15) days from October 6, 2009 file a "Mendoza" modification to provide for the post-petition arrears in the amount of $3,897.31 for May, 2009 through September, 2009, which figure also includes late charges, inspection fees and attorney fees and court costs.

2. In the event the DEBTOR fails to take the action set forth in Paragraph 1 or to make any future monthly payment, commencing with the **October 1, 2009** payment within 30 days of its due date or should any check be returned "NSF," the DEBTOR agrees that MOVER may obtain an ex parte order relief from the automatic stay presently in effect pursuant to 11 U.S.C. Section 362 with regard to this Chapter 13 proceeding and also as to any Chapter 7 or 11 case this matter might be converted to, and allowing attorneys fees incurred in relation thereto, permitting MOVER to foreclose on its security interest in the following described property located in CADDO Parish, Louisiana and if necessary, to evict DEBTOR from said property:

UNIT 16, BUILDING 3, VILLAGE ON THE GREEN, A SUBDIVISION IN CADDO PARISH, LOUISIANA, AS PER PLAT RECORDED IN BOOK 2000, PAGES 333-347 OF THE CONVEYANCE RECORDS OF CADDO PARISH, LOUISIANA, TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS THEREON.

Improvements thereon bear Municipal Address No. 8500 Pines Road #16, Shreveport, La 71129.

# # #

SUBMITTED BY:

Jacob S. Edwards (#30492)
Attorney for Mover
The Boles Law Firm
P. O. Drawer 2065
Monroe, LA 71207-2065

Paul M. Cooke (#      )
Attorney for Debtor
4700 Line Ave.
Suite 200
Shreveport, LA 71106

Jennifer L. Purnell #26475

COPY SENT
Date: 10-08-09
By: COZ
To: BNO

TSTR ATY TRUST
ATY EDWARDS

I:\WP61.DOC\BKRUPTCY\FORMS\ADEPRORD.MENDOZA.WESTRKN.DOC